# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVETIS SARKIS KOSHKARYAN, | Case No. CV 10-1002 CAS (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LELAND MCEWEN, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 26, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE